FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA  00 APR 28  AH 9·
EASTERN  DIVISION

U.S. BISTRICT COURT
N.D. OF ALABAMA

DEVON LEWIS,                          )
                                      )
           Plaintiff,                 )
                                      )
vs.                                   )        CV 00-AR-0024-E
                                      )
LARRY DON MOSES,                      )
                                      )
           Defendant.                 )

ENTERED

APR 2 8 2000

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 11, 2000, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for

failing to state a claim upon which relief can be granted.   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation, the Court is of the opinion that the magistrate judge's

report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly,

the complaint is due to be dismissed  pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will

be entered.

DATED this 28ᵗʰ day of _____April_____, 2000.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE